| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| H. Jasmine Dzhanszyan, SBN 240462<br>RAY BULAON LAW OFFICES, INC.<br>315 Arden Avenue, Suite 22<br>Glendale, CA 91203<br>(818) 243-7745 Fax: (818) 243-7795<br>California State Bar Number: 240462<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Alfred Vale Mogueis<br>Melissa Imelda Tena Mogueis<br><br>Debtor(s). | CASE NO.: 1:11-bk-13880 GM<br>CHAPTER: 13<br><br>DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE<br>[11 U.S.C. § 506(d)]<br><br>DATE: 7/28/2011<br>TIME: 9:00 A.M.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |
|---|---|

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** BANK OF AMERICA, N.A.

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

Street Address: 7800 ETIWANDA AVE
Unit Number: ____
City, State, Zip Code: RESEDA, CA 91335

Legal description or document recording number (including county of recording):

☒ See attached page.

**B. Case History:**

1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on: 3-30-2011

2. ☐ An Order of Conversion to Chapter 13 was entered on (specify date):

**C. Grounds for Avoidance of Junior Lien:**

1. As of 3-30-3011, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. ING DIRECT in the amount of $ 520,450.13 .

   ii. BANK OF AMERICA N.A. in the amount of $ 55,960.46    ☒ is ☐ is not to be avoided;

   iii. ____ in the amount of $ ____ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                   Page 1                              F 4003-2.4.MOTION

2. As of __3-30-2011__, Property is worth no more than $ __360,000__.

    a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. **Evidence in Support of Motion:**

    a. ☒ The amount of the lien identified in paragraph C(1)(i) is based on __Mortgage statement and Recorded Deed of Trust__, attached hereto and identified as Exhibit __A__.

    b. ☒ The amount of the lien identified in paragraph C(1)(ii) is based on __Proof of Claim and Recorded Deed of Trust__, attached hereto and identified as Exhibit __B__.

    c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on _____, attached hereto and identified as Exhibit ___.

    d. ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit __A & B__.

    e. ☒ The value of the Property from paragraph C(2) is based on __Appraisal report and Appraiser's Declaration__, attached as

    f. ☒ Exhibit __C__.

    g. ☒ Debtor submits the attached Declaration(s).

    h. ☐ Other evidence (specify): _____

4. **WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

    a. That the Property is valued at no more than $ __360,000__.

    b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

    c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

    d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

    e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

    f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5. ☐ See attached continuation page for additional provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                               Page 2                               F 4003-2.4.MOTION

Dated: <u>June 20, 2011</u>                                       Respectfully submitted,

By: <u>/s/ H. Jasmine Dzhanszyan</u>
     *Signature of Debtor or Attorney for Debtor*

Name: <u>H. Jasmine Dzhanszyan</u>
         *Type Name of Debtor or Attorney for Debtor*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                       Page 3                                       F 4003-2.4.MOTION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
315 Arden Avenue, Suite 22
Glendale, CA 91203

A true and correct copy of the foregoing document described as __Debtor's Motion to Avoid Junior Lien on Principal Residence__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __6/20/2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Elizabeth Rojas, Chapter 13 Trustee: cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __6-20-2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 312
Woodland Hills, CA 91367-6606

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 20, 2011 | Berj Boodanian | _/s/ signature/_ |
|---|---|---|
| Date | Type Name | Signature |

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| ING DIRECT<br>PO BOX 60<br>ST CLOUD, MN 56302 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>MORTGAGE STATEMENT | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 1st Lien Holder<br>ING Bank, FSB<br>Attn: Arkadi Kuhlmann –<br>*Chairman and President*<br>1 South Orange Street<br>Wilmington, Delaware 19801 | ☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 1st Lien Holder - Servicing Agent | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

| Name of 2nd Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| BANK OF AMERICA, N.A.<br>BANKRUPTCY DEPARTMENT<br>PO BOX 26012<br>NC4-105-02-99<br>GREENSBORO, NC 27420 | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 2nd Lien Holder<br>BANK OF AMERICA, N.A<br>ATTENTION: Brian T. Moynihan, CEO<br>101 S Tryon St<br>Charlotte, North Carolina 28202 | ☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 2nd Lien Holder - Servicing Agent<br>LAWRENCE J. BUCKLEY<br>P.O. BOX 829009<br>DALLAS, TX 75382-9009 | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Name of 3rd Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
|  | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Name of 3rd Lien Holder - Agent for Service of Process | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - |

| | | |
|---|---|---|
| | | Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| *Name of 3rd Lien Holder - Servicing Agent* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

| | | |
|---|---|---|
| *Alternative/Additional Address* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| *Alternative/Additional Address* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010 — Page 6 — F 4003-2.4.MOTION

# DECLARATION

# **DECLARATION OF ALFRED AND MELISSA MOGUEIS**

We, ALFRED AND MELISSA MOGUEIS, declare as follows:

1. We are the debtors in the Chapter 13 case herein and if called upon as a witness, we could and would testify competently to the following facts from our own personal knowledge.

2. On 3-30-2011, we filed a Chapter 13 Bankruptcy in the Court herein, Case No.1:11-BK-13880 GM.

3. We are the owners of the property located at 7800 ETIWANDA AVE, RESEDA, CA 91335.

4. To the best of our knowledge the property is valued at $360,000. A true and correct copy of the appraisal prepared by Stephanie Shanfeld and her declaration are attached hereto and incorporated herein Exhibit C.

5. The Real Property is subject to a First Deed of Trust in favor of ING BANK, FSB AKA ING DIRECT (hereinafter "ING DIRECT"), in the amount of $520,450.13, recorded on or about 12/21/2006. A true and correct copy of a mortgage statement dated 12/31/2010 and recorded deed of trust for the First Trust Deed Holder are attached and incorporated herein as exhibit A.

6. The Real Property is subject to a Second Deed of trust in favor of Bank of America, N.A. (hereinafter "Bank of America") in the amount of $55,960.46, recorded on 8/13/2007. A true and correct copy of the proof of claim and recorded deed of trust for the Second Trust Deed Holder are attached and incorporated herein as exhibits B.

///

///

///

///

1  We declare under penalty of perjury under the laws of the United
2  States and the State of California that the foregoing is true and
3  correct.

4
5  DATED: 6/20/11

6
7  _____
   Alfred Moguel - Debtor

8  _____
   Melissa Moguis - Debtor

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Legal Description

THE FOLLOWING DESCRIBED PROPERTY IN RESEDA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:

LOT 6, OF TRACT NO. 25938 AS SHOWN ON MAP FILED IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.

PROPERTY ADDRESS: 7800 ETIWANDA AVE

PARCEL ID: 2102-017-052